# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 6, 2010

139390

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHENIER HOLLOWAY,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 139390
COA: 280834
Wayne CC: 06-011352-01

_____/

By order of January 27, 2010, the application for leave to appeal the June 9, 2009 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Redd* (Docket No. 138161). On order of the Court, the case having been decided on June 11, 2010, 486 Mich 926 (2010), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 6, 2010

_____
Clerk

s0929